```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM THOMAS,

                Plaintiff,

-against-

DEPUTY WARDEN WALKER, CAPTAIN NICHOLAS, C.O. JOHN DOE, C.O. JOHN DOE, DEPUTY OF SECUITY JOHN DOE, C.O. JOHN DOE, DR. RAMOS, and DR. JANE DOE,

                Defendants.

1:19-cv-07980-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a notice from the mediator informing the Court that the parties participated in the Court-ordered mediation and reached an agreement on all issues [ECF No. 37]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 29, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

        The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date: November 24, 2020
      New York, NY

                                                    */s/ Mary Kay Vyskocil*
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**